# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MARTEN, CHRISTOPHER O | § | Case No. 08-73464 |
| MARTEN, AIMEE R | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*     $ 4,197.05

*and approved disbursements of*     $ 5.25

*leaving a balance of*     $ 4,191.80

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,049.26 | $ |
| *Attorney for trustee* | James E. Stevens | $ 350.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,312.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Iowa Student Loan Liquidity Corp | $ 16,840.99 | $ 767.04 |
| 2 | eCAST Settlement Corporation assignee of | $ 7,189.92 | $ 327.47 |
| 3 | eCAST Settlement Corporation assignee of | $ 776.13 | $ 35.35 |
| 4 | Members Credit Union | $ 29,038.64 | $ 1,322.60 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,478.05 | $ 203.96 |
| 6 | Chase Bank USA NA | $ 2,988.61 | $ 136.12 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

United States Bankruptcy Court

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/21/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/23/2009           By: /s/JAMES E. STEVENS
                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2               Date Rcvd: Aug 07, 2009
Case: 08-73464                Form ID: pdf006            Total Noticed: 44

The following entities were noticed by first class mail on Aug 09, 2009.
db/jdb         +Christopher O Marten,   Aimee R Marten,    21095 Balk Lane,   Fulton, IL 61252-9204
tr             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
12791747       +Bank Of America,   Nc4-105-03-14,    4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
12791748       +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
12791749       +Bank of America,   P.O. Box 37279,    Baltimore, MD 21297-3279
12791746       +Bank of America,   P.O. Box 30610,    Los Angeles, CA 90030-0610
12791750       +Bank of America,   P.O. Box 15027,    Wilmington, DE 19850-5027
12791751       +Blatt Hassenmiller Leibsker & Moore,    125 South Wacker Drive,   Suite 400,
                 Chicago, IL 60606-4440
12791752       +Capital 1 Bank,   Attn: C/O TSYS Debt Management,    Po Box 5155,   Norcross, GA 30091-5155
12791754       +Capital One Bank,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
12791753        Capital One Bank,   P.O. Box 5294,    Carol Stream, IL 60197-5294
12791756       +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
12791755       +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
13897138        Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12791757       +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
12791758       +Clinton Dental Associates PC,   314 Third Avenue South,    Clinton, IA 52732-4436
13827574        FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
12791759       +HSBC - GM Flexible Earnings,   P.O. Box 37281,    Baltimore, MD 21297-3281
12791760       +HSBC - GM Flexible Earnings,   P.O. Box 80082,    Salinas, CA 93912-0082
12791762       +Hsbc Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
12791761       +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
12791763        Iowa Student Loan,   P.O. Box 7388,   Des Moines, IA 50309-7388
12791764       +Iowa Student Loan Liquidity Corp,    Ashford Building,   6775 Vista Dr West,
                 Des Moines, IA 50266-9305
12791768        Marshall & IIsley Bank,   P.O. Box 3186,    Milwaukee, WI 53201-3186
12791769       +Marshall & Ilsley Bank,   Attn: Bankruptcy,    770 N Water St,   Milwaukee, WI 53202-3509
12791771       +Members Cccu,   1116 S 14th St,   Clinton, IA 52732-6406
12791772       +Members Credit Union,   1116 S. 14th Street,    Clinton, IA 52732-6406
12791773       +The Home Depot,   P.O. Box 689100,    Des Moines, IA 50368-9100
12791774       +The Home Depot,   Processing Center,    Des Moines, IA 50364-0001
12791776       +The Home Depot Mastercard,   PO Box 6497,    Sioux Falls, SD 57117-6497
12791777        The Home Depot Mastercard,   P.O. Box 6926,    The Lakes, NV 88901-6926
12791778       +Tnb-visa,   PO Box 9475,   Minneapolis, MN 55440-9475
12791781        US Cellular,   P.O. Box 0203,   Palatine, IL 60055-0203
12791779       +Union Plus,   P.O. Box 17501,   Baltimore, MD 21297-1501
12791780       +Union Plus,   P.O. Box 80027,   Salinas, CA 93912-0027
12791782       +Wells Fargo Hm Mortgag,   Bankruptcy Department MAC-X,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
12791784       +Wells Fargo Home Mortgage,   P.O. Box 10335,    Des Moines, IA 50306-0335
12791783       +Wells Fargo Home Mortgage,   P.O. Box 5296,    Carol Stream, IL 60197-5296
13598718        eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
                 Newark NJ 07193-5480
12791767        loan on pension,   Thrift Savings Plan,    PO Box 979004,   Saint Louis, MO 63197-9000
The following entities were noticed by electronic transmission on Aug 08, 2009.
aty            +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
                 Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
12791766       +E-mail/PDF: cr-bankruptcy@kohls.com Aug 08 2009 01:49:07      Kohls,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
12791765       +E-mail/PDF: cr-bankruptcy@kohls.com Aug 08 2009 01:49:07      Kohls,   Attn: Recovery,
                 PO Box 3120,   Milwaukee, WI 53201-3120
12791770       +E-mail/PDF: teverson@maclinton.com Aug 08 2009 01:49:17      Medical Associates,
                 915 13th Avenue North,   Clinton, IA 52732-5099
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12791745        Attorneys office for collection,   Need
aty*           +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, Il 61108-2579
12791775*      +The Home Depot,   P.O., Box 689100,   Des Moines, IA 50368-9100
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: cshabez            Page 2 of 2             Date Rcvd: Aug 07, 2009
Case: 08-73464                 Form ID: pdf006          Total Noticed: 44

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2009**            **Signature:**    *Joseph Speetjens*