## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

NOV 25 2009

In re: MARTEN, CHRISTOPHER O § Case No. 08-73464
MARTEN, AIMEE R § 
 § 
Debtor(s) § 

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $311,460.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,792.54 | Claims Discharged Without Payment: $79,295.86 |
| Total Expenses of Administration: $1,404.51 | |

3) Total gross receipts of $ 4,197.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $4,197.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $298,870.47 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,404.51 | 1,404.51 | 1,404.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 69,798.70 | 61,312.34 | 61,312.34 | 2,792.54 |
| **TOTAL DISBURSEMENTS** | $368,669.17 | $62,716.85 | $62,716.85 | $4,197.05 |

4) This case was originally filed under Chapter 7 on October 29, 2008.
. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2009        By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2008 state and federal tax refund | 1129-000 | 4,196.31 |
| Interest Income | 1270-000 | 0.74 |
| **TOTAL GROSS RECEIPTS** | | **$4,197.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARSHALL & IISLEY | 4110-000 | 25,592.84 | N/A | N/A | 0.00 |
| Thirft Savings Plan | 4110-000 | 6,333.83 | N/A | N/A | 0.00 |
| THRIFT SAVINGS PLAN | 4110-000 | 6,941.42 | N/A | N/A | 0.00 |
| MEMBERS CREDIT UNION | 4110-000 | 32,300.00 | N/A | N/A | 0.00 |
| Bank of America | 4110-000 | 26,793.22 | N/A | N/A | 0.00 |
| WELLS FARGO HOME MORTGAGE | 4110-000 | 200,909.16 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$298,870.47** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,049.26 | 1,049.26 | 1,049.26 |
| James E. Stevens | 3110-000 | N/A | 350.00 | 350.00 | 350.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.25 | 5.25 | 5.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,404.51 | 1,404.51 | 1,404.51 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Iowa Student Loan Liquidity Corp | 7100-000 | 16,979.00 | 16,840.99 | 16,840.99 | 767.04 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 7,189.92 | 7,189.92 | 327.47 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| eCAST Settlement Corporation assignee of | 7100-000 | 0.00 | 776.13 | 776.13 | 35.35 |
| Members Credit Union | 7100-000 | 15,616.00 | 29,038.64 | 29,038.64 | 1,322.60 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 4,478.00 | 4,478.05 | 4,478.05 | 203.96 |
| Chase Bank USA NA | 7100-000 | 11,949.64 | 2,988.61 | 2,988.61 | 136.12 |
| Medical Associates | 7100-000 | 196.91 | N/A | N/A | 0.00 |
| The Home Depot Mastercard | 7100-000 | 7,377.00 | N/A | N/A | 0.00 |
| Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Kohls | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| CITIBANK USA | 7100-000 | 3,419.39 | N/A | N/A | 0.00 |
| CITIBANK USA | 7100-000 | 5,542.79 | N/A | N/A | 0.00 |
| CAPITAL 1 BANK | 7100-000 | 2,988.00 | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Kohls | 7100-000 | 1,084.00 | N/A | N/A | 0.00 |
| Clinton Dental Associates PC | 7100-000 | 167.97 | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| Iowa Student Loan Ashford Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 69,798.70 | 61,312.34 | 61,312.34 | 2,792.54 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-73464 | Trustee: | (330420) | JAMES E. STEVENS |
| --- | --- | --- | --- | --- |
| Case Name: | MARTEN, CHRISTOPHER O | Filed (f) or Converted (c): | 10/29/08 (f) | |
| | MARTEN, AIMEE R | §341(a) Meeting Date: | 11/25/08 | |
| Period Ending: | 11/16/09 | Claims Bar Date: | 05/14/09 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 21095 Balk Lane, Fulton, IL. Appraised, (Sales c | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | On person | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Member's Choice Community Cr | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account at Member's Choice Community Cre | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account at RIA Federal Credit Union | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account at Member's Choice Community Cre | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal compliment for a family of 4 | 4,108.00 | 0.00 | DA | 0.00 | FA |
| 8 | books | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Costume jewelry, wedding rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | pension - unavailable until retirement | 25,737.00 | 0.00 | DA | 0.00 | FA |
| 12 | Anticipated 2008 state and federal tax refund | 8,700.00 | 4,196.31 | DA | 4,196.31 | FA |
| 13 | 2006 KIA Sedona (NADA) | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Chevy 2500 HD (NADA) | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Honda Sabre Motorcyle ($5,000), 2005 suntra | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Chocolate lab | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.74 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $311,460.00 | $4,196.31 | | $4,197.05 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    July 31, 2009          Current Projected Date Of Final Report (TFR):    July 23, 2009 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-73464 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MARTEN, CHRISTOPHER O | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MARTEN, AIMEE R | | Account: | \*\*\*-\*\*\*\*\*64-65 - Money Market Account |
| Taxpayer ID #: | 54-6930996 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 | {12} | Christopher and Aimee Marten | income tax refund | 1129-000 | 4,196.31 | | 4,196.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 4,196.42 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,196.59 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #08-73464 | 2300-000 | | 5.25 | 4,191.34 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,191.50 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,191.68 |
| 07/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.12 | | 4,191.80 |
| 07/23/09 | | To Account #\*\*\*\*\*\*\*\*6466 | transfer to close money market to do Final Report | 9999-000 | | 4,191.80 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 4,197.05 | 4,197.05 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 4,191.80 | |
| | | **Subtotal** | | | 4,197.05 | 5.25 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,197.05** | **$5.25** | |

{} Asset reference(s)   Printed: 11/16/2009 10:55 AM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73464 | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- |
| Case Name: | MARTEN, CHRISTOPHER O / MARTEN, AIMEE R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*64-66 - Checking Account |
| Taxpayer ID #: | 54-6930996 | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 11/16/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/23/09 | | From Account #\*\*\*\*\*\*\*\*6465 | transfer to close money market to do Final Report | 9999-000 | 4,191.80 | | 4,191.80 |
| 09/22/09 | 101 | James E. Stevens | Dividend paid 100.00% on $350.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 350.00 | 3,841.80 |
| 09/22/09 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,049.26, Trustee Compensation; Reference: | 2100-000 | | 1,049.26 | 2,792.54 |
| 09/22/09 | 103 | Iowa Student Loan Liquidity Corp | Dividend paid 4.55% on $16,840.99; Claim# 1; Filed: $16,840.99; Reference: | 7100-000 | | 767.04 | 2,025.50 |
| 09/22/09 | 104 | eCAST Settlement Corporation assignee of | Dividend paid 4.55% on $7,189.92; Claim# 2; Filed: $7,189.92; Reference: | 7100-000 | | 327.47 | 1,698.03 |
| 09/22/09 | 105 | eCAST Settlement Corporation assignee of | Dividend paid 4.55% on $776.13; Claim# 3; Filed: $776.13; Reference: | 7100-000 | | 35.35 | 1,662.68 |
| 09/22/09 | 106 | Members Credit Union | Dividend paid 4.55% on $29,038.64; Claim# 4; Filed: $29,038.64; Reference: | 7100-000 | | 1,322.60 | 340.08 |
| 09/22/09 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 4.55% on $4,478.05; Claim# 5; Filed: $4,478.05; Reference: | 7100-000 | | 203.96 | 136.12 |
| 09/22/09 | 108 | Chase Bank USA NA | Dividend paid 4.55% on $2,988.61; Claim# 6; Filed: $2,988.61; Reference: | 7100-000 | | 136.12 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 4,191.80 | 4,191.80 | $0.00 |
| Less: Bank Transfers | | 4,191.80 | 0.00 | |
| Subtotal | | 0.00 | 4,191.80 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $4,191.80 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*64-65 | 4,197.05 | 5.25 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*64-66 | 0.00 | 4,191.80 | 0.00 |
| | $4,197.05 | $4,197.05 | $0.00 |

{} Asset reference(s)

Printed: 11/16/2009 10:55 AM    V.11.53

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2009 through October 30, 2009
Account Number: **000312196356466**

**CUSTOMER SERVICE INFORMATION**

Service Center:    1-800-634-5273



00018228 DBI 802 24 30609 - NNNNN  1 000000000 60 0000
08-73464 MARTEN CHRISTOPHER O
MARTEN AIMEE R DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $136.12 |
| Checks Paid | 1 | - 136.12 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 108 | 10/05 | $136.12 |
| **Total Checks Paid** |  | **$136.12** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/05 | $0.00 |

**JPMorganChase**

May 30, 2009 through June 30, 2009
Account Number: **000312196356465**

**IMAGES**

ACCOUNT # 000312196356465
MARTEN CHRISTOPHER O
08-73464



005980725849 JUN 12 #0000001001 $5.25

005980725849 JUN 12 #0000001001 $5.25

Page 2 of 2

**JPMorganChase**

September 01, 2009 through September 30, 2009
Account Number: **000312196356466**

ACCOUNT # 000312196356466
MARTEN CHRISTOPHER O
08-73464

**IMAGES**



001080162236 SEP 24 #0000000101 $350.00



001080162236 SEP 24 #0000000101 $350.00



001080162237 SEP 24 #0000000102 $1,049.26



001080162237 SEP 24 #0000000102 $1,049.26



**JPMorganChase**

September 01, 2009 through September 30, 2009

Account Number: **000312196356466**

ACCOUNT # 000312196356466
MARTEN CHRISTOPHER O
08-73464



007580991092 SEP 29 #0000000103 $767.04



007580991092 SEP 29 #0000000103 $767.04



001980672503 SEP 28 #0000000104 $327.47



001980672503 SEP 28 #0000000104 $327.47



**JPMorganChase**

September 01, 2009 through September 30, 2009

Account Number: **000312196356466**

ACCOUNT # 000312196356466
MARTEN CHRISTOPHER O
08-73464



001980672502 SEP 28 #0000000105 $35.35



001980672502 SEP 28 #0000000105 $35.35



002380484986 SEP 29 #0000000106 $1,322.60



002380484986 SEP 29 #0000000106 $1,322.60



**JPMorganChase**

September 01, 2009 through September 30, 2009

Account Number: **000312196356466**

ACCOUNT # 000312196356466
MARTEN CHRISTOPHER O
08-73464




003280867661 SEP 28 #0000000107 $203.96



003280867661 SEP 28 #0000000107 $203.96

**JPMorganChase**

October 01, 2009 through October 30, 2009

Account Number: **000312196356466**

ACCOUNT # 000312196356466
MARTEN CHRISTOPHER O
08-73464

**IMAGES**



001090769381 OCT 05 #0000000108 $136.12



001090769381 OCT 05 #0000000108 $136.12

